G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
VINCENT GOOCH

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT GOOCH<br><br>Plaintiff,<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive.<br><br>Defendants. | Case No.: 3:12-cv-00933-JSW<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PLAINTIFF AND DEFENDANT |

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED that all claims of Plaintiff VINCENT GOOCH against Defendant DIVERSIFIED COLLECTION SERVICES, INC. are dismissed, with prejudice. Plaintiff VINCENT GOOCH and Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their own costs and attorneys' fees.

Date: February 4, 2013

_Jeffrey S White_
JUDGE JEFFREY WHITE
United States District Court, Northern District of California

- 1 -